UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Estate of Litticken
Plaintiff,

v.

Horizon Leasing
Defendant

Case No. 07C869

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding
Time Commenced: 3:00 pm
Deputy Clerk: Mike Ashton

Date: 5/23/08
Concluded: 3:15
Court Reporter:

APPEARANCES:

Plaintiff: Joseph Cecala 312/235-6752

Defendant: ~~John Turlais 297-5584~~
James Adducci 312/781-2807

Nature of Conference: status  [X] Telephonic

Notes: Upon parties' stipulation, case is dismissed without prejudice and with leave to reinstate the case without payment of costs.